UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                            :

MOZES DRESDNER,                       :
                                            :

              Plaintiff,          :

                                            :               20-cv-2038 (LJL)
    -v-                                :

                                            :                 ORDER
EQUIFAX INFORMATION SERV., et al.,  :

             Defendants.      :

                                            :
----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Bank, NA. See Dkt. No. 39. The Court has been informed that a settlement has been

reached between Plaintiff and the only remaining Defendant, Wells Fargo Bank, NA.  *See* Dkt.

No. 39.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within thirty (30) days of this Order.  Any application to reopen filed

after thirty (30) days from the date of this Order may be denied solely on that basis.  Any pending

motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.


        SO ORDERED.

Dated: January 19, 2021
      New York, New York                           LEWIS J. LIMAN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2021